**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL ORTEGA, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>    Plaintiff,<br><br>    vs.<br><br>RELOGISTICS SERVICES, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 1:23-cv-00610-SKO<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE PENDING POTENTIAL MOTION TO REMAND**<br><br>(Doc. 4) |

## **ORDER**

Having reviewed and considered the Parties' Stipulation to Continue Defendant's Responsive Pleading Deadline Pending Potential Motion to Remand (the "Stipulation") (Doc. 4), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is **GRANTED** as follows, using the same defined terms as defined and used in the Stipulation:

1. Plaintiff will file any Motion to Remand on or before **May 19, 2023**;
2. Upon Plaintiff's filing of a Motion to Remand, Defendant's deadline to serve and file any answer, motions, or other pleadings responsive to Plaintiff's Complaints will be extended to **28 days** after entry of the Court's Order denying the Motion to Remand;
3. If, however, no Motion to Remand is filed on or before May 19, 2023, Defendant's deadline to serve and file any answer, motions, or other pleadings responsive to Plaintiff's Complaint will be extended to **June 16, 2023**; and
4. By entering into the Stipulation, the Parties do not waive, and they expressly reserve, all claims, defenses, and challenges in this action, including, without limitation, as to any motion(s) addressed herein.

IT IS SO ORDERED.

Dated:   **May 12, 2023**                    /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE